# UNITED STATES DISTRICT COURT
## District of Maine

| | |
|---|---|
| **JOSEPH T. ZIEHM,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | **Civil No. 09-69-P-S** |
| ) | |
| **RADIOSHACK CORPORATION,** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## ORDER AFFIRMING THE
## <u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

The United States Magistrate Judge filed with the Court on May 22, 2010, his Recommended Decision (Docket No. 85). Plaintiff filed his Objection to the Recommended Decision (Docket No. 86) on June 8, 2010. Defendant filed its Response to Plaintiff's Objection to the Recommended Decision (Docket No. 91) on June 29, 2010.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2.    It is hereby **ORDERED** that Defendant's Motion to Strike (Docket No. 62) is **GRANTED IN PART, DENIED IN PART**.

3.      It is hereby **ORDERED** that Defendant's Motion for Summary Judgment (Docket
        No.  36 ) is **GRANTED**.

                                                  /s/ George Z. Singal
                                                  United States District Judge


Dated:  July 1, 2010